(67 Hun, 649.)

### PEOPLE v. NEW YORK UNDERGROUND RY. CO. et al.

(Supreme Court, General Term, First Department. January 13, 1893.)

Action by the people against the New York Underground Railway Company and others.

No opinion. Application granted. See 21 N. Y. Supp. 373.

---

(67 Hun, 649.)

### PEOPLE v. WILSON.

(Supreme Court, General Term, First Department. January 13, 1893.)

No opinion. The appellant has leave to put this case upon the February calendar of this court, and file his cases upon appeal, and notice the same for argument; and when the case comes up for argument, and thus the appellant has shown his good faith, the court will determine whether they will not set aside the dismissal already taken, and then hear the appeal upon the merits. See 21 N. Y. Supp. 571.

---

(67 Hun, 649.)

### PITTSFIELD NAT. BANK v. BAYNE et al.

(Supreme Court, General Term, First Department. January 13, 1893.)

Action by the Pittsfield National Bank against William H. Bayne and others.

No opinion. Motion granted as to plaintiff. See 14 N. Y. Supp. 557.

---

(67 Hun, 649.)

### SCHUBART v. KAMMERER.

(Supreme Court, General Term, First Department. January 13, 1893.)

No opinion. Motion granted; $10 costs.

---

### STRICKLAND v. LEGGETT.

(Supreme Court, General Term, First Department. January 13, 1893.)

Action by Edwin Strickland against Richard L. Leggett.
No opinion. Motion denied, with $10 costs. See 21 N. Y. Supp. 356.

---

(67 Hun, 652.)

### GERLACH, Respondent, v. AMMAN, Appellant.

(Supreme Court, General Term, First Department. February 17, 1893.)

Action by Andrew W. Gerlach against Charles Amman.
No opinion. Judgment affirmed, with costs.

---

(67 Hun, 652.)

### LECOCQ, Appellant, v. POTTIER et al., Respondents.

(Supreme Court, General Term, First Department. February 17, 1893.)

Action by Ernest J. Lecocq against Auguste Pottier and others.
No opinion. Order affirmed, with $10 costs and disbursements. See 20 N. Y. Supp. 570.